IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

```
FILED
OCT 15 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia
```

BLUESTONE COAL CORPORATION,

        Plaintiff,

v.                                  CIVIL CASE NO. 1:03-02106

RICKY A. JOHNSON,

        Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS DAY come Plaintiff and Defendants and by and through their respective counsel and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate that the above-captioned matter has been resolved by ALL parties and that, as a result, the matter shall be DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees incurred in this action.

Submitted this 15th day of October, 2003.

_____
Bryan R. Cokeley, Esq. (WV Bar No. 774)
Faisal B. Siddiqui, Esq. (WV Bar No. 9107)
STEPTOE & JOHNSON PLLC
Seventh Floor, Bank One Center
P. O. Box 1588
Charleston, WV 25326-1588
*Counsel for Plaintiff*

CH631615.1

_[signature]_

Timothy P. Lupardus, Esq. (WV Bar No. 6252)
P.O. Box 1680
Pineville, WV 24874
*Counsel for Defendant*